ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Wu & Associates, Inc.                                )   ASBCA No. 62081-ADR
                                                     )
Under Contract No. N40085-14-D-5245                  )

APPEARANCES FOR THE APPELLANT:          Sean T. O'Meara, Esq.
                                          Archer & Greiner P.C.
                                          Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT:         Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Julie C. Ruggieri, Esq.
                                          Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $245,000. This amount is inclusive of Contract Disputes Act interest.

Dated: November 2, 2021

_____
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(signatures continued)

I concur                                        I concur

JOHN J. THRASHER                    RICHARD SHACKLEFORD
Administrative Judge                    Administrative Judge
Chairman                                     Vice Chairman
Armed Services Board                  Armed Services Board
of Contract Appeals                     of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62081-ADR, Appeal of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

Dated:  November 2, 2021


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2